JS-6

Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Tel: 949-725-4000

Attorneys for Plaintiff
Preservation Technologies LLC
against all Defendants

Andrew G. DiNovo (will seek admission *pro hac vice*)
adinovo@dpelaw.com
Adam G. Price (will seek admission *pro hac vice*)
aprice@dpelaw.com
Victor G. Hardy (will seek admission *pro hac vice*)
vhardy@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, TX  78731
Tel: 512-539-2626

Attorneys for Plaintiff
Preservation Technologies LLC
against all Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CABLEVISION SYSTEMS, CORPORATION, <br><br> Defendants. | CASE NO.: SACV12-01540 DOC (JPRx) <br><br> *The Honorable David O. Carter* <br><br> **ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** <br><br> Complaint Served: September 19, 2012 <br> Current Response Dates: November 12, 2012 <br> New Response Date:  January 14, 2013 |

ORDER GRANTING VOLUNTARY DISMISSAL

LITIOC/2061396v1/102298-0008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court having considered Plaintiff's Notice of Voluntary Dismissal Without Prejudice, the records on file in this action, and any other matters or argument presented in connection therewith, and good cause appearing therefor;

IT IS HEREBY ORDERED THAT pursuant to Rule 41(a) all claims for relief in the Complaint against Defendant Cablevision Systems Corporation are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 8, 2013

*David O. Carter*
_____
Honorable David O. Carter
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

ORDER GRANTING VOLUNTARY DISMISSAL

LITIOC/2061396v1/102298-0008